L. G. DeFelice & Son, Inc. *v.* Town of
Wethersfield

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Court of Common Pleas in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff's brief is filed on or before June 15, 1973.

*Joseph F. Weigand,* for the plaintiff.

No appearance for the defendant.

Argued May 1—decided May 1, 1973

The Olsten Corporation *v.* Constantine T. Zessos
et al.

It appearing that the plaintiff in the above-entitled case has failed to prosecute its appeal from the Superior Court in Hartford County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff's brief is filed on or before June 30, 1973, in accordance with the extension of time granted by the Superior Court.

*Matthew J. Forstadt,* for the plaintiff.

No appearance for the defendants.